6

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| PABLO MARTINEZ BARRIENTOS | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-167 |
| | § | |
| RIO GRANDE FORWARDING CO., | § | |
| INC., and LORENZO BLANCO | § | |

## ORDER GRANTING AGREED MOTION FOR REMAND

Came on to be considered the Agreed Motion for Remand, and the Court, after finding that the motion is meritorious, does hereby grant the motion; and accordingly, it is hereby,

ORDERED that the case be REMANDED to the 103rd District Court of Cameron County, Texas.

Signed and Entered on this the __14__ day of _December_, 1998.

_____
JUDGE PRESIDING

ClibPDF - www.fastio.com